Wednesday, April 4, 2018 at 12:06:56 PM Central Daylight Time

**Subject:** RE: FOIA Appeal 2017-ICAP-00503, 2017-ICFO-40400
**Date:** Wednesday, September 6, 2017 at 12:14:40 PM Central Daylight Time
**From:** Arvie, Jamien
**To:** Zack Kopplin

Hi Zack,

As we discussed, the data header "Reason for Release" is not limited to releases to the U.S. Marshals. Furthermore, as we discussed, the Excel spreadsheet appears to be responsive to your request. Thank you for your cooperation. We will make every effort to process your appeal on a timely basis.

Respectfully,

**Jamien A. Arvie**
Assistant Chief Counsel, on detail to Government Information Law Division
New Orleans Office of Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
Phone: 202-809-1968
Email: Jamien.Arvie@ice.dhs.gov

*** *Warning* *** *Attorney/Client Privilege* *** *Attorney Work Product* *** *Warning* ***
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).*

---

**From:** Zack Kopplin [mailto:ZackK@whistleblower.org]
**Sent:** Wednesday, September 06, 2017 12:03 PM
**To:** Arvie, Jamien
**Subject:** Re: FOIA Appeal 2017-ICAP-00503, 2017-ICFO-40400

Yep. Thanks for the call.

Two things, that I mentioned on the call, but just wanted to follow up on with the email. According to my understanding the reason for release, when released to the custody of a different law enforcement office inside the United States, e.g. the BOP, or a local jail, or a task force like the anti-gang task force or HIDTA, is often is listed as "released to U.S. Marshals or other, see detention log," where the detention log contains the specificity on exactly where the detainee was transferred.

I was hoping that category, when it came to those detainees who were released into the custody of other American law enforcement for prosecution or detention related to other charge, would contain the agency and new Area of Responsibility that they were transferred to. Does that make sense?

Also, if it makes it easier for you, I'm happy to trade compiling data on non detainee transfers between US law enforcement, for increasing specificity on those specific transfers and where they ended up, in terms of

this request, since that's what I'm trying to drill down on at the moment. If it doesn't reduce your workload to segregate the data, then don't worry about that.

Also, is there any chance I could get a time frame on when y'all plan to fill the request? If the request is already filled, it shouldn't be too hard to redact full columns of names.

Thanks again,
Zack

---

**From:** "Arvie, Jamien" <Jamien.Arvie@ice.dhs.gov>
**Date:** Wednesday, September 6, 2017 at 11:49 AM
**To:** Zack Kopplin <ZackK@whistleblower.org>
**Subject:** FOIA Appeal 2017-ICAP-00503, 2017-ICFO-40400

Hi Zack,

Thank you for speaking with me yesterday regarding your FOIA request, 2017-ICFO-40400 relating to detention records.  In following up, I wanted to recap our discussion.

As I explained, your initial request is overbroad and would require the agency to undertake a search that would be unduly burdensome.  However, as I explained, the agency is able to produce an Excel spreadsheet responsive to your request, including data headers such Alien Number, Subject ID, Name, Book-in Area of Responsibility, Detention Facility, Book-in Date, Book-out Date, and Reason for Release.  As noted, some of the information contained in the spreadsheet must be withheld pursuant to the applicable FOIA Exemptions.  You agreed to this narrowing of your request and to receipt of the Excel spreadsheet as a response to your FOIA request.  Thank you for cooperation.

Respectfully,

### Jamien A. Arvie

Assistant Chief Counsel, on detail to Government Information Law Division
New Orleans Office of Chief Counsel
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
Phone: 202-809-1968
Email: Jamien.Arvie@ice.dhs.gov

*** *Warning* \*** *Attorney/Client Privilege* \*** *Attorney Work Product* \*** *Warning* \****
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information.  It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).*