**ERO-LESA Statistical Tracking Unit**
For Official Use Only (FOUO)/Pre-decisional

**Detention History for Individuals in ICE Custody between 07/28/2016 to Present**

Exhibit X

FY2017 YTD Detention data is updated through 08/28/2017 (IIDS v1.26.3 run date 08/31/2017; EID as of 08/28/2017).
Detention data excludes ORR, MIRP, and transfer facilities, as well as U.S. Marshals Service prisoners.

| Alien File Number | Subject ID | Family Name | Given Name | Book In Area of Responsibility | Book In Date | Detention Facility | Detention Facility Code | Book Out Date | Release Reason |
|---|---|---|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Atlanta Area of Responsibility | 5/11/17 | ATLANTA PRETRIAL DETN CTR | ATLANGA | 5/16/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Miami Area of Responsibility | 2/6/17 | FOLKSTON PROCESSING CTR/DR JAMES | JAMESGA | 5/4/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Phoenix Area of Responsibility | 11/23/16 | ELOY FEDERAL CONTRACT FAC | EAZ | 11/27/16 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Los Angeles Area of Responsibility | 3/23/17 | VICTOR VALLEY GLOBAL MED CENTER | VVGMCCA | 3/28/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Los Angeles Area of Responsibility | 5/22/17 | ADELANTO DETENTION FACILITY | ADLNTCA | 5/31/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | New Orleans Area of Responsibility | 1/31/17 | JENA/LASALLE DETENTION FACILITY | JENADLA | 3/13/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Dallas Area of Responsibility | 7/11/17 | DALLAS F.O. HOLD | DALHOLD | 7/11/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | St. Paul Area of Responsibility | 8/26/16 | HALL COUNTY SHERIFF | HASHENE | 9/27/16 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Atlanta Area of Responsibility | 3/7/17 | STEWART DETENTION CENTER | STWRTGA | 5/15/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | San Antonio Area of Responsibility | 10/27/16 | SOUTH TEXAS DETENTION COMPLEX | STCDFTX | 11/25/16 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | New York City Area of Responsibility | 7/25/16 | ORANGE COUNTY JAIL | ORANGNY | 7/28/16 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Dallas Area of Responsibility | 1/28/16 | ROLLING PLAINS DETENTION CENTER | HASKLTX | 10/24/16 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | New York City Area of Responsibility | 4/1/17 | HUDSON COUNTY JAIL | HUDSONJ | 6/10/17 | Died |
| (b)(6), (b)(7)(C) | (b)(7)(C), (b)(7)(e) | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | Los Angeles Area of Responsibility | 4/2/17 | VICTOR VALLEY GLOBAL MED CENTER | VVGMCCA | 4/13/17 | Died |