AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Government Accountability Project )<br>*Plaintiff* )<br>v. )<br>US Immigration & Customs Enforcement, et. al. )<br>*Defendant* ) | Case No. 18-cv-1364 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Government Accountability Project         .

Date:   06/08/2018

/s/ Joshua Hart Burday
*Attorney's signature*

Joshua Hart Burday, ARDC #6320376
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen St., 3rd Fl
Chicago, IL 60607
*Address*

joshb@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*