UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <u>et al</u>.<br><br>        Defendants. | Civil Action No. 18-1364 (ABJ) |

## **DEFENDANT'S STATUS REPORT**

In this Freedom of Information Act ("FOIA") case, by Order dated July 18, 2018, this Court ordered defendant to file a dispositive motion or a report setting forth a schedule for completing production of documents to plaintiff.

There are five FOIA requests at issue in this case. The status of these requests are as follows:

(1) 2017-ICAP-00576, 2017-ICFO-45396 ("July 28 FOIA Request") - Defendant is finalizing the search and has identified potentially responsive documents. Defendant anticipates making a release of nonexempt information on October 1, 2018,

(2) 2017-ICAP-00503, 2017-ICFO-40400 ("July 29, 2017 FOIA Request") - An excel spreadsheet concerning this request was previously produced to plaintiff; the detention log comments that are the subject of the request are not tracked or kept in a reportable manner.

(3) 2018-ICAP-00153, 2018-ICFO-20003 ("January 5, 2018 FOIA Request")  -  The detention log comments requested are not tracked or kept in a reportable manner; defendant believes that it is unlikely there are any responsive documents.

(4) 2018-ICAP-00154, 2018-ICFO-20005 ("January 5, 2018 FOIA Request")  -  This request sought certain information concerning identified detainee deaths.  There was an administrative error in the spreadsheet previously provided; no deaths were reported at either the Folkston or Dallas locations during the stated time.  Further information cannot be provided without a privacy waive, but detainee death information is publicly available at https://www.ice.gov/foia/library.  This request may now be moot, as the individuals concerning whom plaintiff sought records, believing these individuals to be dead, are, in fact, still alive.

(5) 2018-ICFO-22105 ("February 16, 2018 FOIA Request")  -  Appropriate offices have been tasked to conduct a search and searches are ongoing.  These searches will be completed within approximately two weeks, and defendant will then be able to provide a status report, containing the number of pages to be processed for this FOIA request.

Defendant requests that it provide a further status report on or before September 18, 2018, at which time defendant believes that it will be able to provide an anticipated date for completion of the processing of the FOIA requests at issue in this case.

                                              Respectfully submitted,

                                              JESSIE K. LIU,
                                              D.C. BAR # 47284
                                              United States Attorney
                                                for the District of Columbia

DANIEL VAN HORN,
D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar #416587
Assistant United States Attorney,
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2561
Marina.Braswell@usdoj.gov